**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **KAY BERRY** | § | |
| | § | |
| v. | § | **CASE NO. 5:25-cv-191** |
| | § | |
| **TARGET CORPORATION** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **TARGET CORPORATION** ("TARGET"), Defendant in the above-entitled and numbered cause, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

## I. BACKGROUND

1. TARGET is a Defendant in a civil action pending in the 57th Judicial District Court of Bexar County, Texas entitled Cause No. 2025CI01367; *Kay Berry v. Target Corporation (*hereinafter referred to as the "State Court Action"). An Index of State Documents Filed with the Notice of Removal is attached hereto as 'Exhibit A' and true and correct copies of all process, pleadings, and orders served upon TARGET in the State Court Action are attached hereto as 'Exhibit B,' as required by 28 U.S.C. § 1446(a).

2. The State Court Action was filed on January 21, 2025. *See* Exhibit B-2, p. 1.

3. TARGET was served with Plaintiff's Original Petition (hereinafter referred to as the "Petition") on or about January 28, 2025. *See* Exhibit B-3.

4. The Petition asserts a premises liability claim against TARGET arising out of a slip and fall incident that allegedly occurred in Bexar County, Texas on February 13, 2024. *See* Exhibit B-2, p. 3.

5. In the Petition, Plaintiff Kay Berry ("Plaintiff") specifically states that she is seeking monetary relief over $250,000, but not more than $1,000,000.00. *See* Exhibit B-2, p. 1.

Thus, it is facially apparent from the Petition that Plaintiff seeks damages in excess of $75,000.00, such that the amount in controversy requirement for diversity jurisdiction is satisfied.

6. This Notice of Removal is being timely filed within thirty (30) days of service of process of the Petition—the first pleading or other paper from which it could be determined that the amount in controversy is in excess of $75,000.00, exclusive of costs. *See* 28 U.S.C. § 1446(b).

## II.   DIVERSITY OF CITIZENSHIP

7. Upon information and belief, Plaintiff is and was at the time of filing of this action a citizen of the State of Texas. *See* Exhibit B-2, p. 1.

8. Defendant TARGET is and was at the time of the filing of this action, a corporation incorporated under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota. *See* Exhibit B-2, p. 2.

9. Because there is a complete diversity of citizenship, the district courts of the United States have original jurisdiction over this action, in that Plaintiff and Defendant are now and were at the time this action commenced, diverse in citizenship from each other.

10. Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and division embracing the place where the State Court Action is pending.

11. Pursuant to 28 U.S.C. § 1446(d), TARGET will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Bexar County, Texas, where the State Court Action was previously pending.

12. **<u>Jury Demand</u>** – TARGET hereby requests a trial by jury on all issues and claims in this cause.

WHEREFORE, Defendant TARGET CORPORATION hereby removes the case styled Cause No. 2025CI01367; *Kay Berry v. Target Corporation* in the 57th Judicial District Court, Bexar County, Texas, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,

**FARMER, HOUSE, OSUNA & OLVERA**
411 Heimer Road
San Antonio, Texas 78232
(210) 377-1990 (Telephone)


By: */s/ Ruben J. Olvera*
    **RUBEN J. OLVERA**
    State Bar No. 24051138
    ruben@satx.law

**ATTORNEY FOR DEFENDANT**
**TARGET CORPORATION**


### CERTIFICATE OF SERVICE

I certify that this document has been served in accordance with the Texas Rules of Civil Procedure to all parties of record as set out below on February 21, 2025.

Sadat Montgomery
MONTGOMERY LAW, PLLC
2777 N. Stemmons Fwy, Ste 1525
Dallas, Texas 75207
lit@montgomeryfirm.com
*Attorneys for Plaintiff*

                                                */s/ Ruben J. Olvera*
                                                **Ruben J. Olvera**